**Opinion issued August 14, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-00292-CV**

————————————

**IN RE CITY OF HOUSTON, TEXAS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, City of Houston, Texas, has filed a petition for writ of mandamus in which it challenges the trial court's order requiring relator to produce certain documents and communications to real-party-in-interest, Houston Waterworks Team.[1]

---

[1] The underlying case is *Houston Waterworks Team v. City of Houston, Texas*, cause number 2022-62183, pending in the 11th District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.

We deny mandamus relief. We lift the stay imposed by our order of April 14, 2025, and dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.